(No. 6197—

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, BUREAU OF ADMINISTRATION, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed November 9, 1971.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6218—

MACKEVICH'S DEPARTMENT STORE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed November 9, 1971.*

MACKEVICH'S DEPARTMENT STORE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.